ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK (CBN 149883)
Assistant United States Attorney
Chief, Asset Forfeiture Section
  Federal Courthouse, 14th Floor
  312 North Spring Street
  Los Angeles, California 90012
  Telephone:  (213) 894-6166
  Facsimile:  (213) 894-7177
  E-mail: Steven.Welk@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>$21,336.00 IN U.S. CURRENCY,<br><br>　　　　　Defendant<br>LUIS and LAURA VIELE BERNARDINO,<br><br>　　　　　Claimants | Case No.:  CV 12-10893 ABC (AGRx)<br><br>[~~PROPOSED~~]<br><br>CONSENT JUDGMENT OF FORFEITURE |

　　　　This action was filed on December 21, 2012.  Notice was given and published in accordance with law.  Claimants Luis and Laura Viele Bernardino ("Claimants") filed timely statements of interest on January 31, 2013, and a timely joint answer on February 22, 2013.  No other statements of interest or claims were

1

filed, and the time for filing statements and answers has expired.  Claimants deny any wrongdoing, and have denied the material allegations of the Complaint concerning the involvement of the defendant currency in illegal activity of any kind.

Plaintiff and Claimants have reached an agreement that is dispositive of the entire action, and have stipulated and requested that judgment be entered on the following terms.

Good cause appearing, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. This Court has jurisdiction over Plaintiff, the defendant, Claimants and the subject matter of this action.

2. Notice of this action has been given in accordance with law.  All potential claimants other than Claimants are deemed to have admitted the allegations of the Complaint.  The allegations set forth in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $11,336.00 of the defendant currency, plus all interest earned by the government since seizure on the entirety of the defendant currency.  No other person or entity shall have any right, title or interest in the funds awarded to the United States.  The government shall dispose of said assets in accordance with law.

4. The remainder of the defendant currency (*i.e.*, $10,000.00), without interest, shall be paid to Claimants after entry of this judgment.  Claimants or their counsel shall, upon request, provide to the government, in writing, the information necessary for the government to make the payment called for herein by electronic funds or wire transfer into attorney Paul L. Gabbert's Client Trust account within forty-five (45) days of the later of the entry of this judgment or the government's receipt of the information required to make the transfer.

5. The United States of America, its agencies, agents, and officers, and any state or local law enforcement agencies, officers or agents involved in the events described in the complaint, are released from any and all claims, actions or liabilities arising out of or related to the seizure of the defendant currency or this action.  Each of the parties shall bear its own costs of suit, including attorneys' fees.

6. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated:  June 26, 2013     _____
　　　　　　　　　　　　　　THE HON. AUDREY B. COLLINS
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3